UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CRYSTAL HANNA NOWACZYK,**

    **Plaintiff,**

v.                                Case No. 5:21-cv-63-TKW-MJF

**KILOLO KIJAKAZI,**

    **Defendant.**

    _____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 18). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be remanded to the Commissioner of the Social Security Administration for further proceedings. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is remanded to the Commissioner of the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with the Report and Recommendation.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 1st day of August, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**